# SIGN-IN-SHEET

**CASE NAME:** Synova Healthcare
**CASE NO.:** 07-11889 (CSS)
**COURTROOM LOCATION:** Courtroom 6
**DATE:** April 11, 2008 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gregory Werkheiser | Morris Nichols Arsht & Tunnell LLP | Plambrose Trust Underwriting Cntr as Agent |
| Mark Felger | Cozen O'Connor | Jeffrey L. Buttel Chpt 7 Trust |
| Richard Robinson | Reed Smith | SF Capital |
| Edward Gibb | Landis Rath & Cobb | AFI Parties |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.