# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SYNOVA HEALTHCARE, INC., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 07-11889 (CSS)<br><br>Jointly Administered<br><br>**Obj. Due: May 1, 2008 at 4:00 p.m. (ET)**<br>**(Requested)**<br><br>**Hrg. Date: May 5, 2008, at 10:00 a.m. (ET)**<br>**(Requested)** |

## MOTION OF PLAINFIELD DIRECT INC. FOR ENTRY OF AN ORDER IN FURTHERANCE OF IMPLEMENTING SETTLEMENT STIPULATION AND BAR DATE PURSUANT TO 11 U.S.C. §§ 105(a) AND 501

Plainfield Direct Inc. ("Plainfield"), as agent (the "Collateral Agent") with respect to the matters set forth in that certain Security Agreement, dated as of September 19, 2007, by and among Synova Heathcare Group, Inc., its subsidiaries party thereto and holders of the 6.5% Senior Convertible Promissory Notes Due January 12, 2012 (the "Series A Notes"), in the original principal amount of $15 million, in the above-captioned bankruptcy cases of Synova Healthcare, Inc. ("Synova Healthcare"), Synova Pre-Natal Healthcare, Inc. ("Synova Pre-Natal"), Allendale Pharmaceuticals, Inc. ("Allendale"), Todays Womencare Company ("TWC"), and Synova Healthcare Group, Inc. ("Synova Group," and collectively with Synova Healthcare, Synova Pre-Natal, Allendale and TWC, the "Debtors") hereby moves (the "Motion") the Court, pursuant to sections 105(a) and 501 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 3001, 3002 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order in the form attached hereto as Exhibit A (the "Proposed Order") (a) allowing and allocating to each Series A Holder (as defined below) a pro rata share of the Aggregate Series A Notes Claim (as defined below); (b) excusing each Series A

Holder from filing proofs of claim by the Bar Date (as defined below) solely with respect to such claims; and and (c) granting related relief. In support hereof, the Collateral Agent respectfully states as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the Debtors' bankruptcy cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief sought herein are sections 105(a) and 501 of the Bankruptcy Code, as supplemented by Bankruptcy Rules 3001, 3002 and 9019.

## BACKGROUND

3. On January 15, 2008, the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines (D.I. 72) (the "Chapter 7 Notice") was filed. The Chapter 7 Notice provides that May 13, 2008, at 4:00 p.m. (Prevailing Eastern Time) is the deadline by which proofs of claim against the Debtors must be filed (the "Bar Date").[1]

4. On March 20, 2008, the Court approved that certain Settlement Stipulation, dated as of February 25, 2008 (inclusive of and as modified by the Settlement Order, the "Settlement Stipulation") by and among (a) Jeoffrey L. Burtch, as chapter 7 trustee (the "Trustee") in the Debtors' bankruptcy cases, (b) Plainfield, individually and as Collateral Agent, and (c) SF Capital Partners Ltd. ("SF Capital," and collectively with Plainfield, the Collateral Agent and the Trustee, the "Parties").[2]

---

[1] A copy of the Chapter 7 Notice is attached to the Order as Exhibit 3.

[2] A copy of the Settlement Stipulation is attached to the Proposed Order as Exhibit 1.

5. The Settlement Stipulation, among other things, allows claims under the Series A Notes in the aggregate amount of $15,944,983.89 (the "Aggregate Series A Notes Claim"), which amount includes the original principal sum of $15,000,000.00 plus a stipulated amount of interest accrued through the Petition Date.

6. The Settlement Stipulation allocates (a) $5,314,994.63 of the Aggregate Series A Notes Claim to Plainfield, (b) $5,314,994.63 of the Aggregate Series A Notes Claim to SF Capital and (c) $1,062,998.93 of the Aggregate Series A Notes Claim to Everest Asset Management AG ("Everest").

7. While the Settlement Stipulation does not specifically discuss the claims of the remaining holders of the Series A Notes, it contemplates that the remaining portion of the Aggregate Series A Notes Claim will be allocated Pro Rata (as defined below) among the remaining holders of the Series A Notes as set forth in the schedule attached to the Proposed Order as Exhibit 2 (the "Series A Claim Schedule").[3]

## RELIEF REQUESTED

8. By this Motion, Plainfield, individually and as collateral agent, moves the Court for entry of an Order, pursuant to sections 105(a) and 501 of the Bankruptcy Code and Bankruptcy Rules 3001, 3002 and 9019 (a) allowing and allocating to each holder of a Series A Note as identified on the Series A Claim Schedule (each, a "Series A Holder") a Pro Rata share of the Aggregate Series A Notes Claim and (b) excusing each Series A Holder from filing proofs of claim by the Bar Date for claims limited exclusively to the repayment of principal, interest

---

[3] For purposes of the Motion, the term "Pro Rata" means the fraction, the denominator of which shall be the aggregate original face amount of all Series A Notes and the numerator of which shall be the original face value of the applicable Series A Note holder's Series A Note.

and/or other obligations on or under its Series A Note as identified on the Series A Claim Schedule, to the extent (i) the Series A Holder agrees with the amount of the Aggregate Series A Notes Claim allocated to it as set forth on the Series A Claim Schedule and (ii) the Series A Holder's name and address are accurately set forth on the Series A Claim Schedule.

## BASIS FOR RELIEF

9. The Settlement Stipulation was approved by this Court on March 24, 2008. While only identifying those portions of the Aggregate Series A Notes Claim attributable to Plainfield, SF Capital and Everest, the Settlement Stipulation contemplates that the remaining portion of the Aggregate Series A Notes Claim will be allocated Pro Rata among the remaining Series A Holders. Accordingly, the relief requested herein will further facilitate the implementation of the Settlement Stipulation by finalizing the allocation of the Aggregate Series A Notes Claim between the remaining Series A Holders.

10. Moreover, approval of the relief requested herein will obviate the need for many, if not all, of the Series A Holders to file proofs of claim in the Debtors' bankruptcy cases. As such, the claims resolution process will be streamlined and, as a result, the resources of both this Court and the Debtors will be conserved.

## NOTICE

11. Prior to the filing of this Motion, the Proposed Order, in substantially final form, was provided to counsel for the Trustee and SF Capital, the original signatories in addition to Plainfield and the Collateral Agent, of the Settlement Stipulation. As of the filing of this Motion, neither the Trustee nor SF Capital has indicated any opposition to the entry of the Proposed Order.

12. Notice of this Motion has been provided to (i) the Series A Holders at the names and addresses as set forth on the Series A Claim Schedule (and their counsel, if known);

4

(ii) counsel for the Debtors; (iii) counsel for the Trustee; and (iv) those persons who have requested notice pursuant to Bankruptcy Rule 2002. The Collateral Agent submits that such notice constitutes good and sufficient notice of the Motion, and that no other or further notice is necessary or required.

## NO PRIOR REQUEST

13. No previous motion for the relief requested herein has been made by Plainfield to this or any other court.

WHEREFORE, for the reasons set forth herein, The Collateral Agent respectfully requests that the Court enter the Proposed Order in the form attached hereto as <u>Exhibit A</u> (a) allowing and allocating to each Series A Holder a Pro Rata share of the Aggregate Series A Notes Claim; (b) excusing each Series A Holder from filing proofs of claim by the Bar Date solely with respect to such claims; and (c) granting further relief as this Court deems just and proper.

Dated: April 18, 2008
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Kelly M. Dawson (No. 4786)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

*Counsel to Plainfield Direct Inc., as Collateral Agent*

2297236.2